1

2

3

4

5

6

7

8                               UNITED STATES DISTRICT COURT

9                         FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   CAMERON SHEPHERD,                              No.  2:15-cv-1894 KJN P

12                  Plaintiff,

13         v.                                       ORDER

14   CALIFORNIA FORENSIC MEDICAL
     GROUP, et al.,
15
                   Defendants.
16

17

18         Plaintiff, a state prisoner currently in the Monroe Detention Center, proceeding pro se, has

19   filed a civil rights action pursuant to 42 U.S.C. § 1983, together with a request for leave to

20   proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  Plaintiff has not, however, filed a

21   certified copy of his inmate trust account statement for the six month period immediately

22   preceding the filing of the complaint.  See 28 U.S.C. § 1915(a)(2).  Therefore, plaintiff will be

23   provided the opportunity to submit a certified copy of his prison trust account statement.

24         In accordance with the above, IT IS HEREBY ORDERED that plaintiff shall submit,

25   within thirty days from the date of this order, a certified copy of his prison trust account statement

26   for the six month period immediately preceding the filing of the complaint.  Plaintiff's failure to

27   /////

28   /////

                                                    1

1   comply with this order will result in a recommendation that this action be dismissed without

2   prejudice.

3   Dated:  September 14, 2015

4

5   _____
    KENDALL J. NEWMAN
6   UNITED STATES MAGISTRATE JUDGE

7   shep1894.3cnew

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28