UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAMERON SHEPARD, | No.  2:15-cv-1894 KJN P |
| Plaintiff, | |
| v. | ORDER |
| CALIFORNIA FORENSIC MEDICAL GROUP, et al., | |
| Defendants. | |

Plaintiff is a state prisoner, proceeding pro se, in an action brought under 42 U.S.C. § 1983.  On July 5, 2016, plaintiff filed a motion for the appointment of counsel at the settlement conference.  However, on June 27, 2016, the order referring this case for settlement conference under the Post-Screening ADR Project was vacated, and the stay was lifted.  Therefore, no settlement conference is scheduled at this time.  Plaintiff's motion was provided to prison officials for mailing on June 28, 2016, and therefore he did not have benefit of the court's June 27, 2016 order.  Thus, plaintiff's motion is denied without prejudice to its renewal should the matter be set for settlement conference in the future.

////

////

////

1

1          Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for the appointment of

2    counsel (ECF No. 25) is denied without prejudice.

3    Dated:  July 11, 2016

4

5                                                    _____
                                                     KENDALL J. NEWMAN
6    shep1894.31kjn                                   UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                            2