UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAMERON SHEPHERD, | No. 2:15-cv-1894 KJN P |
| Plaintiff, | |
| v. | ORDER |
| CALIFORNIA FORENSIC MEDICAL GROUP, et al., | |
| Defendants. | |

Plaintiff filed a motion for reconsideration. However, the motion and the certificate of service were not signed by plaintiff. Rule 11 of the Federal Rules of Civil Procedure requires that all filings by parties proceeding without counsel must be signed by the litigant. Therefore, plaintiff's motion is denied without prejudice to its renewal.

IT IS HEREBY ORDERED that plaintiff's motion for reconsideration (ECF No. 27) is denied without prejudice.

Dated: August 10, 2016

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/shep1894.11