UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAMERON SHEPERD, | No. 2:15-cv-1894 WBS KJN P |
| Plaintiff, | |
| v. | ORDER |
| CALIFORNIA FORENSIC MEDICAL GROUP, INC., et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 14, 2017, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff has filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed August 14, 2017, are adopted in full;

2. Defendants' motion for summary judgment (ECF No. 26) is partially granted:

    a. Defendants are granted summary judgment on plaintiff's claim that defendants failed to provide oral or intravenous antibiotics in treating his skin infections;

    b. Defendant CFMG is granted summary judgment on plaintiff's policy claims;

    c. Defendants' motion for summary judgment on plaintiff's Eighth Amendment claim that defendants Chan and Owens failed to provide daily clean boxers and short on days plaintiff suffered wound drainage is denied; and

    d. This action is remanded for further scheduling on plaintiff's remaining claim against defendants Chan and Owens.

Dated: September 12, 2017

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

/shep1894.805