UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAMERON SHEPHERD, | No. 2:15-cv-1894 WBS KJN P |
| Plaintiff, | |
| v. | ORDER APPOINTING COUNSEL |
| CALIFORNIA FORENSIC MEDICAL GROUP, INC., et al., | |
| Defendants. | |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action under 42 U.S.C. § 1983. On February 26, 2018, plaintiff filed a motion to appointment counsel. (ECF No. 59.) The court finds that the appointment of counsel is warranted and grants plaintiff's motion for appointment of counsel. M. Katie Gates Calderon, Amir Nassihi, and Mayela C. Montenegro, of Shook Hardy & Bacon LLP, have been selected from the court's pro bono attorney panel to represent plaintiff, and have agreed to be appointed.

In addition, Ms. Calderon requests admission pro hac vice. Good cause appearing, her request is granted. In light of her pro bono appearance, the fee to appear pro hac vice is waived.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for the appointment of counsel (ECF No. 59) is granted;

2. M. Katie Gates Calderon, Amir Nassihi, and Mayela C. Montenegro, of Shook Hardy &

Bacon LLP, are appointed as counsel to serve pro bono in the above entitled matter.

3. The request of M. Katie Gates Calderon to be admitted pro hac vice for this case is granted; due to her pro bono status, the pro hac vice fee is waived. The Clerk of the Court is directed to add Ms. Calderon as counsel, and to serve a copy of this order on M. Katie Gates Calderon, Shook Hardy & Bacon LLP, 2550 Grand Blvd., Kansas City, MO 64108, Phone: (816) 559-2419, Fax: (816) 421-5547, email: kgcalderon@shb.com.

4. Appointed counsel shall notify Sujean Park at (916) 930-4278, or via email at spark@caed.uscourts.gov if they have any questions related to the appointment.

5. The Clerk of the Court is also directed to serve a copy of this order on Amir Nassihi at Shook Hardy & Bacon LLP, 1 Montgomery St., Suite 2700, San Francisco, CA 94104 and Mayela C. Montenegro at Shook Hardy & Bacon LLP, Jamboree Center, 5 Park Plaza, Suite 1600, Irvine, CA 92614.

Dated: March 19, 2018

*[Signature]*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/shep1894.31a