UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAMERON SHEPHERD, | ) Case No. 2:15-cv-1894 WBS KJN P |
| Plaintiff, | ) Judge: Hon. William B. Shubb<br>) Ctrm:  5 |
| v. | ) |
| CALIFORNIA FORENSIC MEDICAL GROUP, INC., et al., | ) **ORDER GRANTING PLAINTIFF'S *EX PARTE* APPLICATION TO CONTINUE TRIAL DATE AND TO RE-OPEN DISCOVERY** |
| Defendants. | ) |

Presently before the Court is Plaintiff's *Ex Parte* Application to Continue Trial Date and Re-Open Discovery.  Defendants do not oppose Plaintiff's *ex parte* application.  Good cause appearing, the Court GRANTS Plaintiff's *ex parte* application and orders as follows:

**1.**  The trial date shall be continued to **June 26, 2018, at 9:00 a.m.**

2.  The associated deadlines to submit a trial brief, objections to exhibits, motions in limine, proposed voir dire, proposed jury instructions, and optional opposition to trial brief shall also be continued to correspond with the June 26, 2018 trial date, as set forth in the Court's Final Pretrial Order (ECF No. 61).

3.  Discovery is re-opened for Plaintiff to propound one round of written discovery to each of the two Defendants and conduct depositions.  Discovery cut-off shall be June 18, 2018.

4.  An Order and Writ of Habeas Corpus Ad Testificandum was issued on March 9, 2018 (ECF No. 62).  The writ shall be amended to reflect the new trial date of June 26, 2018, at 9:00 a.m. Plaintiff's present custodian shall provide for Plaintiff's presence at trial pursuant to the amended writ of habeas corpus ad testificandum to be issued.  All parties shall take any steps necessary to facilitate execution of said writ.  The parties and Plaintiff's custodian are cautioned that sanctions will be imposed for failure to comply with court orders.

IT IS SO ORDERED.

Dated: April 5, 2018

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE