UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAMERON SHEPARD, | No. 2:15-cv-1894 WBS KJN P |
| Plaintiff, | |
| v. | ORDER |
| CALIFORNIA FORENSIC MEDICAL GROUP, INC., et al., | Jury Trial: 6/26/2018 9:00 a.m. WBS |
| Defendants. | |

Plaintiff is a state prisoner, proceeding through counsel. This order addresses two issues.

First, counsel has been appointed, and discovery re-opened for limited purposes. (ECF No. 67.) Once plaintiff's counsel has reviewed defendants' written discovery responses, plaintiff's counsel shall confer with opposing counsel and advise the court whether a settlement conference should be scheduled before the undersigned. Because the discovery has not yet been propounded, the court cannot set a deadline for such notice, but if both counsel agree a settlement conference would be appropriate, the court asks counsel to notify his courtroom deputy, Alexandra Waldrop, (916) 930-4187, as soon as possible, for scheduling purposes.

Second, in plaintiff's counsel's recent *ex parte* application, counsel reiterated the myriad difficulties counsel has had attempting to communicate with plaintiff. (ECF No. 65.) Despite writing to plaintiff and offering him various dates and times he could call his counsel collect,

plaintiff's counsel did not receive plaintiff's phone call.  Plaintiff is reminded that he asked the court to appoint counsel, and counsel was appointed; therefore, it is incumbent upon plaintiff to communicate with his counsel.  If plaintiff is only able to call counsel at certain times or on certain days, he should communicate such scheduling issues to counsel as soon as possible.

IT IS SO ORDERED.

Dated:  April 6, 2018

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/shep1894.set

2