1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   CAMERON SHEPARD,                        No.  2:15-cv-1894 WBS KJN P

12              Plaintiff,

13       v.                                  ORDER

14   CALIFORNIA FORENSIC MEDICAL
     GROUP, INC., et al.,
15
              Defendants.
16

17

18        Plaintiff is a state prisoner, proceeding through counsel.  On June 8, 2018, plaintiff filed

19   an "ex parte" request pro se.  However, because plaintiff is represented by counsel, only counsel

20   may file documents on plaintiff's behalf.  Therefore, the request is denied without prejudice to its

21   renewal through counsel.

22        Accordingly, IT IS HEREBY ORDERED that plaintiff's request (ECF No. 77) is denied

23   without prejudice.

24   Dated:  June 14, 2018

25

26                                      KENDALL J. NEWMAN
                                        UNITED STATES MAGISTRATE JUDGE
27
     /shep1894.ps
28
                                            1